890

No. 205, Misc. LEWIS *v.* ILLINOIS. Circuit Court of Will County, Illinois. Certiorari denied.

No. 209, Misc. JONES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 215, Misc. HUBER *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 241, Misc. WATSON *v.* TENNESSEE. Supreme Court of Tennessee. Certiorari denied. *Frank N. Bratton* for petitioner. *George F. McCanless,* Attorney General of Tennessee, and *Nat Tipton,* Advocate General, for respondent.

No. 255, Misc. KNIGHT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 126. HALFEN *v.* UNITED STATES, *ante,* p. 827; and
No. 307. PURITAN CHURCH ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 810. Petitions for rehearing denied.

NOVEMBER 9, 1955.

No. 312, Misc. TABOR *v.* HARDWICK, WARDEN. On motion for a rule nisi. Dismissed on motion of petitioner pursuant to Rule 60 of the Rules of this Court.